# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| REYNALDO MORALES, | Case No. 24-CV-1091 (NEB/ECW) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| MN DOC, et al., | |
| Defendants. | |

The Court has received the May 2, 2024 Report and Recommendation of United States Magistrate Judge Elizabeth Cowan Wright. (ECF No. 4.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 4) is ACCEPTED; and

2. The action is DISMISSED WITHOUT PREJUDICE under Rule 41 of the Federal Rules of Civil Procedure for failure to prosecute.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 20, 2024                                   BY THE COURT:

                                                        s/Nancy E. Brasel
                                                        Nancy E. Brasel
                                                        United States District Judge